UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2069 (PAM/JGL)

DIANNE KRAHN, et al.,

Plaintiffs,

v.

CROSS COUNTRY BANK,

Defendant.

**AMENDED**
**NOTICE OF SETTLEMENT CONFERENCE**

The settlement conference scheduled for June 19, 2002, has been **rescheduled to Monday, June 17, 2002, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: April 19, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

**Notice mailed to:**

Thomas Lyons Jr., Esq.
342 East County Road D East
Little Canada, MN 55117-1171

Peter Barry, Esq.
342 East County Road D East
Little Canada, MN 55117-1171

Marianne Short, Esq.
Thomas Nuss, Esq.
Suite 1500
50 Sixth Street South
Minneapolis, MN 55402

Filed________________
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk____________