UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Diane Krahn, Earl Krahn,
and Juan Krahn,

Plaintiffs,

vs. MINUTE ORDER

Cross County Bank,

Defendant. Civ. No. 01-2069(PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 23rd day of December, 2002.

* * *

By letter dated December 4, 2002, the parties transmitted their joint Stipulation for an Order that would extend the discovery deadline from December 1, 2002, to February 1, 2003.[1] The parties have not advised the Court, as required by D. Minn. LR16.3(b), what discovery remains to be completed, what discovery has been completed, why all discovery has not been completed, and how long it will take to complete discovery. In addition, the Stipulation was submitted to the Court in contravention of the timing requirements of D. Minn. LR16.3(c). Accordingly, we reject

[1]The Plaintiffs appear in this matter by Thomas J. Lyons, Jr., Esq., and the Defendant appears by Thomas L. Nuss, Esq.

DEC 23 2002
D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the Stipulation and, on the Record submitted, deny the parties' joint request for an extension in the discovery deadline.[2]

NOW, THEREFORE, It is --

ORDERED:

That the parties joint Stipulation for an extension of the Discovery Deadline is REJECTED, and their request for such an extension is DENIED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

---

[2]The file discloses another anomaly in that the Defendant has filed a Memorandum Opposing Plaintiff's Motion to Remand, but no such Motion has been filed with the Court.