UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Dianne Krahn, Earl Krahn,
and Juan Krahn,

Plaintiffs,

vs. MINUTE ORDER

Cross Country Bank,

Defendant. Civ. No. 01-2069 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of January, 2003.

* * *

On January 30, 2003, the Court heard argument on the Defendant's Motion to Compel or, in the alternative, for a Limited Discovery Extension. At the time of the Hearing, the Plaintiffs appeared by Thomas J. Lyons, Jr., Esq., and the Defendant appeared by Thomas L. Nuss, Esq. For reasons expressed at the close of the Hearing, the Motion for a limited extension is granted.

The Plaintiffs advise that they do not oppose the taking of their depositions, which had been timely noted within the period allowed for discovery, but which were continued at the request of the Plaintiffs. Therefore, the Defendant's Motion to Compel is moot. The parties advise, however, that there may be complications which will hinder the prompt taking of the deposition of the Plain-

JAN 30 2003

tiff Earl Krahn, as he is currently hospitalized with an uncertain release date. In order to allow time for the taking of the Plaintiffs' depositions, the **discovery deadline is extended to March 1, 2003, the nondispositive deadline is extended to March 15, 2003**, and **the dispositive Motion deadline is extended to May 1, 2003.** The "Ready for Trial" date is currently set at June 1, 2003, and that date will be unchanged, with the understanding that, if a dispositive Motion is filed, and should a ruling on that Motion pend on June 1, 2003, the "Ready for Trial" date will be extended until thirty (30) days after the Court rules on the dispositive Motion.[1]

NOW, THEREFORE, It is --

---

[1]By a Minute Order dated December 23, 2002, we rejected the parties' stipulated agreement to extend the pretrial deadlines in this matter. We remind counsel that, in all probability, the conduct of this Hearing would have been obviated if counsel had informed the Court, at the time that they jointly stipulated to an extension of the deadlines, the bases for the requested extension. Such an advisory is mandated by our Local Rules, see, D. Minn. LR16.3(b), and in its absence, as well as a showing of good cause for the requested extension, no extension will be granted.

ORDERED:

That the Defendant's Motion to Extend Pretrial Deadlines [Docket No. 21] is GRANTED, and the pretrial deadlines are extended as more fully detailed in the text of this Order.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The District of Minnesota is pleased to announce the offering of a service called New Cases System (NCS) on our web site at www.mnd.uscourts.gov. The NCS lists new civil and criminal cases filed in St. Paul, Minneapolis or Duluth each day. It indicates the date assigned, case number, case name, the city in which the case was filed, and the District and Magistrate Judge assigned to the case.

The web NCS is available free of charge. The NCS may also be accessed from the public terminals located in the clerk's offices at the addresses above.